UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT NJOS, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:CV-12-1252
:
THOMAS R. KANE, et al., : (Judge Kosik)
:
    Defendants :

## ORDER

**AND NOW, THIS 5TH DAY OF MARCH, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to increase damages (Doc. 40) is **granted only to the extent that** Plaintiff is permitted to increase his damage request in this action under the FTCA to $20,000.00.

2. Plaintiff's motion for leave to file supplemental brief to Document 40 (Doc. 68) is **granted only in so far as** the exhibits attached to Document 68 have been considered in addressing Plaintiff's request to increase his damages under the FTCA. The motion is **denied to the extent that** Plaintiff seeks to increase the damage claim to $50,000.00.

3. Plaintiff's motion with respect to the court's failure to rule on his request to increase damages (Doc. 76) is **denied as moot**.

4. Plaintiff's motion for leave to depose Kenneth Zook (Doc. 58) is **granted in part and denied in part.** The motion is **granted to the extent that** Plaintiff is free to conduct the deposition of Kenneth Zook. The motion is **denied with respect to** any request to have the court or the government pay the expenses related to the deposition or to pay the expenses in installments.

5. Plaintiff's motion for the court to infer facts (Doc. 67) is **denied without prejudice.**

6. Plaintiff's motion to compel the Clerk of Court to issue a subpoena (Doc. 60) is **granted**. The Clerk of Court is directed to issue a subpoena to Plaintiff for his use in the course of discovery in this case.

7. The Clerk of Court shall complete the caption and case number on the blank subpoena form. Plaintiff is directed to file a certificate of service with respect to any subpoena he serves, and to return any unused subpoena to the Clerk of Court no more than ten (10) days after the termination of this lawsuit.

8. Plaintiff's motion for the court to compel the Office of Inspector General to respond to his FOIA request (Doc. 73) is **denied as moot.**

9. All discovery in this action shall be completed by the parties within sixty (60) days from the date of this order. Any dispositive motions shall be filed within thirty (30) days from the close of discovery.

    s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge