# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT NJOS,** : | |
|     **Plaintiff** : | **CIVIL ACTION NO. 3:12-1252** |
|     **v** : | **(JUDGE MANNION)** |
| **THOMAS R. KANE, et al.,** : | |
|     **Defendants** : | |

## ORDER

In light of the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) Plaintiff's motion to Compel (Doc. 146) is **DENIED**

(2) plaintiff's Motion to Rescind (Doc. 147) is **DENIED.**


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 21, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1252-01 -order.wpd