# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT NJOS,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 3:12-1252** |
| v. | : | **(JUDGE MANNION)** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant.** | : | |

## O R D E R

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Judgment is awarded in favor of the Defendant and against the Plaintiff.

**(2)** The Clerk of Court is directed to **CLOSE** this case.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Dated: July 18, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1252-02-order.wpd